FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 18 2022 ★

LONG ISLAND OFFICE

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:21CR00133-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Thomas Fee<br>71 Prospect Street<br>Freeport, NY 11520 | DC | |
| | NAME OF SENTENCING JUDGE<br>John D. Bates | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 04/01/2022 — TO 03/31/2024 |

| OFFENSE |
|---|
| Parading, Demonstrating, or Picketing in a Capitol Building.<br>Title 40 U.S.C. § 5104(e)(2)(G) |

CR 22 179

SEYBERT, J.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF __Columbia__

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Eastern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

John D. Bates  Digitally signed by John D. Bates
Date: 2022.04.04 15:53:31 -04'00'

_____  _____
Date                      United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE __Eastern__ DISTRICT OF __New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____  _____
Effective Date            United States District Judge